UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:09-CR-37(01) RM |
| | ) | |
| SHAWN WILLIAMS | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on July 30, 2009 [Doc. No. 22]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Shawn Williams' plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 21 U.S.C. § 841(a)(1) and (b).

SO ORDERED.

ENTERED: August 18, 2009

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court